| STATE V. LARIOS |
|---|

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**STATE OF NEW MEXICO,**
**Plaintiff-Appellee,**
**v.**
**ROBERT LARIOS,**
**Defendant-Appellant.**

Docket No. A-1-CA-37465
COURT OF APPEALS OF NEW MEXICO
March 25, 2019

APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY, Mark A. Macaron, District Judge

**COUNSEL**

Hector H. Balderas, Attorney General, Santa Fe, NM, for Appellee.

Bennett J. Baur, Chief Public Defender, Allison H. Jaramillo, Assistant Appellate Defender, Santa Fe, NM, for Appellant.

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR:  M. MONICA ZAMORA, Chief Judge, MEGAN P. DUFFY, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Defendant appeals from the district court's order revoking his probation. This Court issued a notice of proposed disposition, proposing to summarily dismiss the appeal as moot. Defendant filed a response to our calendar notice, stating that he "does not oppose summary dismissal of his appeal." Accordingly, and for the reasons stated in our notice of proposed disposition, we dismiss Defendant's appeal as moot.

**{2}** IT IS SO ORDERED.

LINDA M. VANZI, Judge

WE CONCUR:

M. MONICA ZAMORA, Chief Judge

MEGAN P. DUFFY, Judge